

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

MALHERBE HENRY,                          CIVIL ACTION
         Petitioner              SECTION "P"
                                  NO. CV11-00751-A
VERSUS

JANET NAPOLITANO, et al.,                JUDGE DEE D. DRELL
         Respondents             MAGISTRATE JUDGE JAMES D. KIRK


## J U D G M E N T

    For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

    IT IS ORDERED that the Respondents' motion to dismiss (Doc. 13) is GRANTED and Henry's habeas petition is DISMISSED AS MOOT.

    THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this _____ day of November, 2011.


                                          DEE D. DRELL
                         UNITED STATES DISTRICT JUDGE